**30PLEASE RETURN FOR FILING**

# IMMEDIATELY

**APPEARANCE**

**UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT**

**NO.** 26-2785

UNITED STATES OF AMERICA, Appellee

**vs.**

Abdiaziz Farah, Appellant

**The Clerk will enter my appearance as Counsel for the following party(s): (please specify):**

UNITED STATES OF AMERICA, Respondent - Appellee


Lisa D. Kirkpatrick
**ATTORNEY NAME**

US Attorney's Office
**FIRM NAME**

651-848-1954
**OFFICE PHONE NUMBER**

316 N. Robert Street
**STREET or P.O. BOX**

612-664-5787
**FACSIMILE NUMBER**

Saint Paul, MN 55101
**CITY, STATE, ZIP**

lisa.kirkpatrick@usdoj.gov
**E-MAIL ADDRESS**


**CERTIFICATE OF SERVICE**

x I hereby certify that on November 2, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

____ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

*/s/ Lisa D. Kirkpatrick*